UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-cv-2-RJC

| | |
|---|---|
| VERONICA HARRIS and NIQUAE HARRIS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| AMERICAN HOME MORTGAGE ACCEPTANCE, INC., and AMERICAN HOME MORTGAGE SERVICING, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court upon notification from the defendant American Home Mortgage Serving, Inc., that this case has been removed to the United States Bankruptcy Court for the Western District of North Carolina. (Doc. No. 8). **IT IS, THEREFORE, ORDERED** that this matter is remanded to the United States Bankruptcy Court and is therefore closed.

Signed: February 24, 2009

Robert J. Conrad, Jr.
Chief United States District Judge